FILED
Dec 16 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GAKUBA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA ATTORNEY GENERAL<br><br>　　　　Respondent. | Case No. 22-cv-07698 NC (PR)<br><br>**ORDER OF TRANSFER** |

In this habeas action, petitioner is challenging a conviction he suffered in Rockford, Illinois.  *See* Dkt. No. 4 at 1-7 (stating this is petitioner's second federal habeas petition challenging a conviction issued in Illinois state court), 7-126 (raising arguments which attack the Illinois conviction, rather than any conditions in California).

Venue for a habeas action is proper in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  However, petitions challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Here, because petitioner challenges a conviction from Winnebago County, Illinois, the Northern District of Illinois is the district of conviction.  See 28 U.S.C. § 93(a) (enumerating Illinois's federal districts).

Case No. 22-cv-07698  NC (PR)
ORDER OF TRANSFER

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Northern District of Illinois. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED:   December 16, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-07698  NC (PR)
ORDER OF TRANSFER